

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Trim individually and on behalf of all others similarly situated<br><br>**Plaintiff,**<br>V.<br><br>Wakefield & Associates, Inc.<br><br>**Defendant.** | **FILED**<br>12/11/2020<br>CLERK U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY:      S. Andersen , Deputy<br><br>**Civil No.** 20-cv-02420 |

**SEALED DOCUMENT**

Sealed

1