UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN TRIM, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAKEFIELD & ASSOCIATES, INC.,<br><br>Defendant. | Case No.: 20-CV-2420 JLS (BLM)<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>(ECF No. 7) |

Presently before the Court is Defendant Wakefield & Associates, Inc.'s Motion to Dismiss for Failure to State a Claim and Motion to Strike Class Allegations. (ECF No. 7.) On February 18, 2021, Plaintiff Martin Trim filed his First Amended Complaint. (ECF No. 9.) In light of Plaintiff filing an amended complaint, Defendant's Motion to Dismiss and Strike is **DENIED** as moot.

   **IT IS SO ORDERED.**

Dated: February 19, 2021

Hon. Janis L. Sammartino
United States District Judge