UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN TRIM, on behalf of himself and all others similarly situated,<br><br>                                          Plaintiff,<br><br>v.<br><br>WAKEFIELD & ASSOCIATES, INC.,<br><br>                                          Defendant. | Case No.: 20-CV-2420 JLS (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>(ECF No. 21) |

Presently before the Court is the Parties' Joint Motion for Dismissal of Action with Prejudice as to Plaintiff and Without Prejudice as to the Putative Class Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) ("Joint Mot.," ECF No. 21). Good cause appearing, the Court **GRANTS** the Joint Motion. The Court **DISMISSES** this action **WITH PREJUDICE** as to Plaintiff Martin Trim and **WITHOUT PREJUDICE** as to the putative class. As agreed by and between the Parties, each shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 19, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge